UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO.:5:10-CV-00165-MMH-GRJ

HWE HOOD, an individual,

    Plaintiff,

vs.                                              **CLASS REPRESENTATION**

HSBC BANK NEVADA, N.A.,
a national banking association,

    Defendant.
_____/

**CONSENT MOTION FOR LEAVE TO EXCEED PAGE LIMIT
ON DEFENDANT'S MOTION TO COMPEL ARBITRATION OR, IN THE
ALTERNATIVE, TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

    Plaintiff, Hwe Hood ("Ms. Hood"), on behalf of herself and all others similarly situated, by and through her undersigned counsel, pursuant to Rule 3.01(d), Local Rules of the United States District Court for the Middle District of Florida, respectfully moves this Court for leave to exceed the twenty page limit imposed by Rule 3.01(b), Local Rules of the United States District Court for the Middle District of Florida, in accordance with the argument below:

*MEMORANDUM*

    1.    The instant action was brought by Ms. Hood as Class Representative against Defendant for violation of Florida law concerning the repossession sale of automobiles under Article IX, Part VI of the Uniform Commercial Code ("UCC"), Florida Statutes §679.601, *et sequi*.

    2.    Counsel for Ms. Hood has prepared a Memorandum in Opposition to the Motion to Compel Arbitration or, in the Alternative, to Dismiss Plaintiff's Amended Complaint for

Failure to State a Claim filed herein by Defendant, HSBC Bank Nevada, N.A., a national banking association.

3.	Prior to the filing of the instant Motion, counsel for Plaintiff have made repeated revisions to the responsive memorandum.  With an economy of words, counsel for Plaintiff has completed a brief of twenty-five (25) pages.

4.	Counsel for HSBC Bank Nevada, N.A. has agreed to the entry of an order granting the instant motion.

WHEREFORE, Plaintiff, Hwe Hood, on behalf of herself and all others similarly situated, respectfully moves this Court for leave to file a legal memorandum in excess of twenty (20) pages in length.

/s/ Robert W. Murphy
ROBERT W. MURPHY
Florida Bar No. 717223
1212 S.E. 2nd Avenue
Fort Lauderdale, FL 33316
(954) 763-8660 Telephone
(954) 763-8607 Telecopier
rphyu@aol.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 9, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on Michael K. Winston, Esquire, Carlton Fields, P.A., CityPlace Tower, 525 Okeechobee Boulevard, Suite 1200, West Palm Beach, FL 33401-6350; Gregory J. Phillips, Esquire, Ulmer & Berne LLP, Skylight Office Tower, 1660 W. 2nd Street, Suite 1100, Cleveland, OH 44113, Steven M. Fahlgren, Esquire, Steven M. Fahlgren, P.A., 552382 US Highway 1 North, Hilliard, FL 32046, and John Roddy, Esquire, Roddy Klein & Ryan, 727 Atlantic Avenue, 2nd Floor, Boston, MA 02111, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

/s/ Robert W. Murphy
ROBERT W. MURPHY
Florida Bar No. 717223
1212 S.E. 2nd Avenue
Ft. Lauderdale, FL 33316
(954) 763-8660 Telephone
(954) 763-8607 Facsimile
E-mail: rphyu@aol.com
Counsel for Plaintiff


STEVEN M. FAHLGREN, ESQUIRE
Florida Bar No. 08450
Law Offices of Steven M. Fahlgren, P.A.
552382 US Highway 1 North
Hilliard, Florida 32046
(904) 845-2255 Telephone
(904) 845-3934 Telecopier
Co-Counsel for Plaintiff

JOHN RODDY, ESQUIRE, *Pro Hac Vice*
RODDY KLEIN & RYAN
727 Atlantic Avenue, 2nd Floor
Boston, MA 02111
(617) 357-5500 Telephone
(617) 357-5030 Telecopier
Co-Counsel for Plaintiff